[No. 10287–7–I.   Division One.   May 14, 1984.]

ALLEN ENTERPRISES, LTD., *Appellant,* v. WRIGHT BROTHERS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–2–00125–2, Byron L. Swedberg, J., entered April 21, 1981. *Affirmed* by unpublished opinion

per Durham, C.J., concurred in by Swanson and Scholfield, JJ.